CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America v. **Sulma Yanira Chavez-Martinez** DOB: 3/20/1987; El Salvador | DOCKET NO. |
|---|---|

FILED
RECEIVED

NOV - 4 2009

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ORDER
COPY

MAGISTRATE'S CASE NO.

09-02203M

Complaint for violation of Title 18 United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 2, 2009, at or near Miller Canyon, in Nicksville, in the District of Arizona, **Sulma Yanira Chavez-Martinez**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Border Patrol Agent Aaron Cole Dunn, an officer of the United States or any agency thereof, to an extent not constituting simple assault, by biting on U.S. Border Patrol Agent Aaron Cole Dunn, who was engaged in the performance of his official duties, in violation of Title 18, United States code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 2, 2009, at or near Miller Canyon, in Nicksville, Arizona, defendant, **Sulma Yanira Chavez-Martinez**, was part of a group of approximately 25-30 undocumented immigrants that uniformed U.S. Border Patrol Agents encountered and attempted to apprehend. One agent was able to detain **Chavez-Martinez**, but she began pushing and kicking at him in an attempt to resist being secured. Agents advised **Chavez-Martinez** that it was against the law to resist arrest. Agent Aaron Cole Dunn then attempted to secure **Chavez-Martinez's** hands. **Chavez-Martinez** leaned forward and bit Agent Dunn on the left forearm, through his uniform sleeve. Post-*Miranda*, **Chavez-Martinez** admitted she knew the men were federal agents, and she bit Agent Dunn to try to get away.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Rec: Detention Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. RW/lam Approved by AUSA _____ Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT _____ |
|---|---|
| | OFFICIAL TITLE  Special Agent ~~United States Border Patrol~~ FBI |

| SIGNATURE OF MAGISTRATE JUDGE[1] _____ | DATE November 3, 2009 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54